UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY HUNT,<br><br>    Defendant. | No. 2:16-CR-0207-RMP-2<br><br>ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL |

**BEFORE THE COURT** is Defendant's motion to modify conditions of pretrial release. ECF No. 48. Defendant seeks permission to travel to New York, New York, from April 30, 2017 through May 8, 2017, for the purpose of attending medical appointments as well as to spend time away with family. ECF No. 48 at 2.

Defendant indicates Assistant United States Attorney Earl A. Hicks and the United States Probation Office have been contacted and have no objection to the request to modify and no objection to Defendant's trip to New York. ECF No. 48 at 3.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's motion to modify conditions of pretrial release, **ECF No. 48,** is **GRANTED.** Defendant may travel to New York, New York, on **April 30, 2017,** returning to Spokane no later than **May 8, 2017**.

Prior to leaving the district, Defendant must provide Pretrial Services with specific information as to how she can be contacted at any time she is out of the district.

ORDER - 1

**IT IS FURTHER ORDERED** Defendant's release conditions are modified to permit out of district travel on specific dates for specific reasons, provided Defendant receive prior permission from the United States Probation Office.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 10, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2